**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SCOTT J.,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **NO.    24-cv-6865** |
| | : | |
| **FRANK BISIGNANO,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this __6TH__ day of February, 2026, upon consideration of Plaintiff's Request for Review (ECF No. 16), Defendant's response thereto (ECF No. 19) and for the reasons provided in the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's Request for Review is **DENIED**; and

2.    Judgment is entered in favor of Defendant.

BY THE COURT:

___/s/ Lynne A. Sitarski_____
LYNNE A. SITARSKI
United States Magistrate Judge